IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:23-cv-00412-UA-JLW

| | | |
|---|---|---|
| CHRISTOPHER M. WELLS and LESLIE M. WELLS on behalf of their son, MATTHEW WELLS,<br><br>Plaintiff,<br><br>v.<br><br>THE MOORE COUNTY SCHOOLS BOARD OF EDUCATION and JEFFREY LEE LYNCH,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | DEFENDANT MOORE COUNTY SCHOOLS BOARD OF EDUCATION AMENDED MOTION TO EXTEND TIME TO ANSWER OR PLEAD |

Defendant Moore County Schools Board of Education, ("the Board") submits this amended motion, pursuant to Fed. R. Civ. P. 6(b) and LR 6.1 and 77.2, to extend for thirty days the time within which the Board may file and serve answer, pleadings or motions in response to Plaintiff's Complaint. In support thereof, the Board respectfully shows the Court:

1. The Board was served on June 7, 2023.

2. The time originally prescribed for the Board to serve answer, pleadings or motions in response to Plaintiff's Complaint has not expired.

3. Because of undersigned counsel's error, the original motion to extend time to plead, filed June 21, 2023, sought an extension of thirty days from July 7, 2023. The original due date for answer, pleadings or motions in response to Plaintiff's Complaint is June 28, 2023.

4881-6388-4139.v2

4. The Board previously sought or received an extension of time to serve answer, pleadings or motions in this action of thirty days from July 7, 2023. The Board withdraws that request and seeks instead an extension of thirty days from June 28, 2023, up through and including July 28, 2023.

5. The Board has consulted with Plaintiff's counsel, who has consented to the relief prayed for in this motion.

WHEREFORE, Defendant Moore County Schools Board of Education respectfully prays the Court:

1. To accept this Amended Motion in lieu of the June 21, 2023 motion to extend time to plead;
2. To grant the Board an additional thirty days, up through and including July 28, 2023, to file and serve answer, pleadings or motions in response to Plaintiff's Complaint; and
3. For such other and further relief as the Court shall deem just and proper.

4881-6388-4139.v2

This the 22 day of June, 2023.

BROOKS PIERCE MCLENDON
HUMPHREY & LEONARD, LLP

By: /s/ Gary S. Parsons
Gary S. Parsons
N.C. State Bar No. 7955
Post Office Box 1800
Raleigh, North Carolina
Telephone: (919) 573-6241
Email: gparsons@brookspierce.com

S. Collins Saint
BROOKS PIERCE MCLENDON
HUMPHREY & LEONARD, LLP
N.C. State Bar No. 52586
Post Office Box 26000
Greensboro, North Carolina 27420
Telephone: (336) 271-3197
Email: ssaint@brookspierce.com

CERTIFICATE OF SERVICE

I hereby certificate that on this day I electronically filed the foregoing MOTION TO EXTEND TIME TO ANSWER OR PLEAD using the CM/ECF system. Notice of filing will be sent to all parties by operation of the Court's filing system. I hereby further certify that on this day I served the foregoing notice by mailing a copy thereof to:

Jeffrey Lee Lynch
4190 Irwin Drive
Aberdeen, North Carolina 28315-4594

This the 22d day of June, 2023.

/s/Gary S. Parsons
Gary S. Parsons

4881-6388-4139.v2