IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:23-cv-00412

| | | |
|---|---|---|
| CHRISTOPHER M. WELLS and LESLIE M. WELLS on behalf of their son, MATTHEW WELLS,<br><br>Plaintiff,<br><br>v.<br><br>THE MOORE COUNTY SCHOOLS BOARD OF EDUCATION and JEFFREY LEE LYNCH,<br><br>Defendants. | ) | ORDER GRANTING DEFENDANT MOORE COUNTY SCHOOLS BOARD OF EDUCATION'S AMENDED MOTION TO EXTEND TIME TO ANSWER OR PLEAD |

This cause was heard before the undersigned on the amended motion of Defendant Moore County Schools Board of Education, ("the Board"), pursuant to Fed. R. Civ. P. 6(b) and LR 6.1 and 77.2, for an extension of time within which the Board may file and serve answer, pleadings or motions in response to Plaintiff's Complaint. It appears to the undersigned that Plaintiff consents to the Board's motion and that the motion should be allowed.

It is, THEREFORE, ORDERED that Defendant Moore County Schools Board of Education's motion for extension of time is hereby granted, and the Board shall have an additional thirty days, up through and including July 28, 2023, to file and serve answer, pleadings or motions in response to Plaintiff's Complaint.

This the ____ day of June, 2023.

______________________________

Joe L.Webster,
United States Magistrate Judge