IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
CHRISTOPHER M. WELLS and        )
LESLIE M. WELLS, on behalf of   )
their son, MATTHEW WELLS,       )
                                )
              Plaintiff,        )
                                )
     v.                         )        1:23CV412
                                )
THE MOORE COUNTY SCHOOLS BOARD  )
OF EDUCATION and JEFFREY LEE    )
LYNCH,                          )
                                )
              Defendants.       )
```

**ORDER**

On May 8, 2025, the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Defendant Jeffrey Lee Lynch objected to the Recommendation. (Doc. 48.) Plaintiff filed a response. (Doc. 49.)

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that Defendant Lynch's motion entitled "Defendant Jeffrey Lee Lynch's Motion to Dismiss Amended Complaint – Federal Rule of Civil Procedure (FRCP) 12(b)(1) –

Court's Lack of Subject Matter Jurisdiction" (Doc. 38) IS DENIED AS MOOT, and that Defendant Lynch's motion entitled "Defendant Jeffrey Lee Lynch's Motion to Dismiss Second Amended Complaint" (Doc. 41) is DENIED.

                                                /s/   Thomas D. Schroeder
                                                United States District Judge

July 30, 2025

2

Case 1:23-cv-00412-TDS-JLW   Document 50   Filed 07/30/25   Page 2 of 2