**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**No. 1:23-cv-00412-UA-JLW**

MATTHEW WELLS, BY AND THROUGH, HIS PARENTS, NEXT OF FRIEND, AND GUARDIANS CHRISTOPHER M. WELLS AND LESLIE M. WELLS

Plaintiff,

v.

THE MOORE COUNTY SCHOOLS BOARD OF EDUCATION AND JEFFREY LEE LYNCH,

Defendants.

**NOTICE OF APPEARANCE**

Please enter the appearance of G. Norman Acker, III as counsel on behalf of Plaintiff Matthew Wells, by and through his next of friend and guardians Christopher M. Wells and Leslie M. Wells in the above-captioned matter.

**K&L GATES LLP**


*/s/ G. Norman Acker III*
G. Norman Acker III
N.C. State Bar No. 12839
K&L Gates LLP
430 Davis Drive, Suite 400
Research Triangle Park, NC 27560
Telephone: (919) 466-1190
norman.acker@klgates.com

*Counsel for Plaintiff Matthew Wells, by and through, his parents next of friend and guardians Christopher M. Wells and Leslie M. Wells*

Dated:  August 17, 2026

## CERTIFICATE OF SERVICE

The foregoing document was served electronically on counsel for the following parties:

Lauren N. Hoffman
BROOKS PIERCE MCLENDON
HUMPHREY & LEONARD, LLP
Email: lhoffman@brookspierce.com

Maya H. Weinstein
BROOKS PIERCE MCLENDON
HUMPHREY & LEONARD, LLP
Email: mweinstein@brookspierce.com

*Counsel for Moore County Schools*
*Board of Education*

The foregoing document was also served via email on the parties below:

Jeffrey Lee Lynch
4190 Irwin Drive
Aberdeen, NC 28315
Jll213@aol.com

Respectfully submitted, this the 17th day of August, 2026.

**K&L GATES LLP**

*/s/ G. Norman Acker III*
G. Norman Acker III