**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**No. 1:23-cv-00412-UA-JLW**

| | |
|---|---|
| MATTHEW WELLS, BY AND THROUGH, HIS PARENTS, NEXT OF FRIEND, AND GUARDIANS CHRISTOPHER M. WELLS AND LESLIE M. WELLS<br><br>Plaintiff,<br><br>v.<br><br>THE MOORE COUNTY SCHOOLS BOARD OF EDUCATION AND JEFFREY LEE LYNCH,<br><br>Defendants. | **JOINT PETITION FOR APPROVAL OF SETTLEMENT AGREEMENT**<br><br>**(Local Rule 17.1(c))** |

The Plaintiff and Defendant Moore County Schools Board of Education (hereinafter "Defendant Board") have reached a settlement of this matter. In addition, the Plaintiff has informed pro se Defendant Jeffrey Lee Lynch (hereinafter "Defendant Lynch") that if this Court approves this settlement, the parties will file a Stipulation of Dismissal as to all parties, which will conclude this matter.

Pursuant to Rule 17.1(c) of the Local Rules, this Court must hold a hearing to establish to the satisfaction of the Court that the settlement is fair and reasonable and meets the specific requirements of that rule. Therefore, the parties jointly request that the Court set such a hearing pursuant to the rule. Attorneys in this case are available during the week of **September 7**, and request a hearing some time that week, if possible.

Plaintiff Matthew Wells was both a minor and an incompetent person at the time of

the filing of the Complaint in this action, and continues to be an incompetent person, represented in this action by his parents and guardians. Because he is a non-verbal autistic person, the parties jointly request that he not be required to attend the hearing. In addition, the parties request that only one of his parents/guardians be required to attend the hearing, due to work schedules for Mr. Wells and responsibilities for caring for Matthew Wells.

A copy of the Settlement Agreement is attached to this Petition as Exhibit A. Pursuant to Rule 17.1(c)(5), one or more parties may file additional memoranda or other documents in support of this Petition that will help inform the Court of the issues that the Court must find pursuant to Local Rule 17.1(c)(4). A proposed order is attached.

Dated: August 17, 2026

Respectfully submitted,

**K&L GATES LLP**

*<u>/s/ G. Norman Acker III</u>*
G. Norman Acker III
N.C. State Bar No. 12839
K&L Gates LLP
430 Davis Drive, Suite 400
Research Triangle Park, NC 27560
Telephone: (919) 466-1190
Facsimile: (919) 723-2744
norman.acker@klgates.com

*Counsel for Plaintiff Matthew Wells, by and through, his parents, next of friend, and guardians Christopher M. Wells and Leslie M. Wells*

4920-0540-2055.v1

BROOKS PIERCE MCLENDON
HUMPHREY & LEONARD, LLP

/s/ Maya H. Weinstein
Maya H. Weinstein
N.C. State Bar No. 56621
Telephone: (919) 573-6237
mweinstein@brookspierce.com
Lauren N. Hoffman
N.C. State Bar No. 63018
Telephone: (919) 882-2471
lhoffman@brookspierce.com
Gary S. Parsons
N.C. State Bar No. 7955
Telephone: (919) 573-6241
gparsons@brookspierce.com
150 Fayetteville Street, Suite 1700
Raleigh, NC 27601
P.O. Box 1800 (27602)
*Counsel for Defendant the Moore County Schools Board of Education*

## CERTIFICATE OF SERVICE

The foregoing document was served electronically on counsel for the following parties:

Lauren N. Hoffman
BROOKS PIERCE MCLENDON
HUMPHREY & LEONARD, LLP
Email: lhoffman@brookspierce.com

Maya H. Weinstein
BROOKS PIERCE MCLENDON
HUMPHREY & LEONARD, LLP
Email: mweinstein@brookspierce.com

*Counsel for Moore County Schools*
*Board of Education*

The foregoing document was also served via email on the parties below:

Jeffrey Lee Lynch
4190 Irwin Drive
Aberdeen, NC 28315
Jll213@aol.com

Respectfully submitted, this the 17th day of August, 2026.

**K&L GATES LLP**

*/s/ G. Norman Acker III*
G. Norman Acker III

4920-0540-2055.v1