**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**No. 1:23-cv-00412-UA-JLW**

| | |
|---|---|
| MATTHEW WELLS, BY AND THROUGH, HIS PARENTS, NEXT OF FRIEND, AND GUARDIANS CHRISTOPHER M. WELLS AND LESLIE M. WELLS<br><br>Plaintiff,<br><br>v.<br><br>THE MOORE COUNTY SCHOOLS BOARD OF EDUCATION AND JEFFREY LEE LYNCH,<br><br>Defendants. | **ORDER FOR HEARING**<br><br>**(Local Rule 17.1(c))** |

Pursuant to the Joint Petition of Plaintiff and Defendant Moore County Schools Board of Education (hereinafter "Defendant Board"), and pursuant to Rule 17.1(c), this Court will hold a hearing to consider the approval of the Settlement Agreement reached by the parties at _________ o'clock ____M on ________________ in Courtroom ______ located in ___________________, North Carolina.

At the request of the parties, and for good cause shown, the only persons who will be required to be present at this hearing are attorneys representing Plaintiff and Defendant Board, and at least one of the Plaintiff's parents/guardians. Defendant Jeffrey Lee Lynch may attend the hearing, but is not required to do so.

SO ORDERED this ______ day of August, 2026.

______________________________

THOMAS D. SCHROEDER
UNITED STATES DISTRICT JUDGE